**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
*Casey & Barnett, LLP*
P.O. Box 235
Fanwood, New Jersey 07023

mfc@caseybarnett.com
*Direct: 646-362-8919*

November 8, 2023

Honorable Valerie Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *Munich Re Syndicate Ltd et al v. Cosco Shipping Lines Co. Ltd.*
              23cv7949 (VEC)
              CB Ref: 766-01

Dear Honorable Judge Caproni:

      We represent the plaintiff in the above matter and write to seek an adjournment of the Rule 16 Conference scheduled for November 17, 2023. Counsel for the defendant was just appointed today, and due to his schedule, he requested, and we consented to, an extension of time for COSCO to answer and/or otherwise appear in this matter for an additional two weeks, up to and including November 22, 2023. A Stipulation to this effect will be filed separately today via ECF for the Court's consideration.

      Given the foregoing, we respectfully request that the Court adjourn the Rule 16 Conference to a date after November 22, 2023.

                                Respectfully submitted,
                                **CASEY & BARNETT, LLC**

                                *Martin Casey*
                                Martin F. Casey

cc:    Patrick Lennon       Attorney for Defendant

Application GRANTED. Defendant's response to the complaint must be filed no later than **November 22, 2023**. The Initial Pretrial Conference scheduled for **November 17, 2023** is adjourned to **December 8, 2023** at **10:00am** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The deadline for parties to file a joint letter and proposed case management plan is extended to **November 30, 2023**. For the contents of the letter, the parties are directed to refer to Dkt. 6.

SO ORDERED.

11/9/23

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE