```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MUNICH RE SYNDICATE LIMITED,

                              Plaintiff,

        -against-

COSCO SHIPPING LINES CO., LTD.,

                              Defendant.

------------------------------------------------------------X

23-CV-07949(VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, November 30, 2023, the Honorable Valerie E. Caproni assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court is currently scheduling settlement conferences for February 2024 and will likely be unable to accommodate last-minute requests. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with both parties on the email to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    December 1, 2023
               New York, New York